United States District Court
Southern District of Texas
**ENTERED**
December 08, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOSE ORLANDO GIRON, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-05637 |
| § | |
| BRET BRADFORD, *et al*, § | |
| § | |
| Respondents. § | |
| § | |

## ORDER

Before the Court is Petitioner's the Motion for Leave to Amend his Writ of Habeas Corpus (ECF. No. 4). Having considered the motion, the Court concludes that it should be granted. Accordingly, Petitioner's Motion for Leave to Amend is hereby **GRANTED**, and the clerk is directed to file Petitioner's Amended Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 5th day of December, 2025.

_____
KEITH P. ELLISON UNITED STATES DISTRICT JUDGE