IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSE ORLANDO GIRON<br><br>*Petitioner,*<br><br>VS.<br><br>BRET BRADFORD, Houston Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); PAMELA BONDI, Attorney General of the United States; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW<br><br>*Respondents.* | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:25-CV-00327<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER

On November 21, 2025, Petitioner filed his Petition for Writ of Habeas Corpus [Dkt. 1] and on December 5, 2025, filed his First Amended Petition for Writ of Habeas Corpus [Dkt. 10] in the Southern District of Texas, Houston Division. On December 8, 2025, this case was transferred to the present Court. [Dkt. 13]. On December 9, 2025, the Clerk notified Petitioner's counsel, Vital D'Carpio, that he was not admitted to practice in the Eastern District of Texas and forwarded instructions to remedy that issue.

Accordingly, it is **ORDERED** that Petitioner's counsel, Vital D'Carpio, shall have until **December 23, 2025** to become admitted to practice before this Court. Failure to do so by the date ordered will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order via Regular Mail and Email to counsel as follows:

Vital D'Carpio
Law Offices of Vital D'Carpio, PLLC
2677 N. Main St., Suite 1080
Santa Ana, CA 92705
Email: vitallaw@gmail.com

**SIGNED this 11th day of December, 2025.**

_____
Michael J. Truncale
United States District Judge